**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHARLES V. MONTALBANO**     * | |
| * | |
| Plaintiff,                    * | |
| *                              | Case No.: RWT 10cv2237 |
| v.                            * | |
| *                              | |
| **NATIONAL ARBITRATION**      * | |
| **FORUM, LLC.** *et al*.      * | |
| *                              | |
| Defendants                    * | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of August, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants Mann Bracken, LLP and Jennifer Anthony's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF No. 57], Defendants Laurence C. Abramson, Ronald M. Abramson, Ronald S. Canter, and Harry K. Wolpoff's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF No. 59], and Defendants MBNA America Bank, N.A., and Bank of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF No. 76] are **GRANTED** and the Complaint is **DISMISSED with prejudice**; and it is further

**ORDERED**, that Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 70] is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion for Extension of Time [ECF No. 69], Plaintiff's Motion for Leave to Make Electronic Filings [ECF No. 71], Plaintiff's Motion for a Pre-Trial Conference [ECF No. 82], and Plaintiff's Motion for an Extension of Time to Reply to Oppositions to Pretrial Conference Motion [ECF No. 88] are **DENIED as moot**; and it is further

**ORDERED**, that judgment for costs be entered in favor of the Defendants; and it is further

**ORDERED**, that that the Clerk is directed to **CLOSE** the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE